```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16956
  ANDREA ELCOCK
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY


         Debtor
  SSN XXX-XX-9079


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
    The case was filed on 09/18/2007 and was not confirmed.

    The case was dismissed without confirmation 02/28/2008.
----------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID           PAID
----------------------------------------------------------------------

LITTON LOAN SERVICING    CURRENT MORTG       .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE  19000.00          .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED      NOT FILED         .00           .00
DRS BONDED COLLECTION    UNSECURED      NOT FILED         .00           .00
HARVARD COLLECTION SERVI UNSECURED      NOT FILED         .00           .00
IC SYSTEMS               UNSECURED      NOT FILED         .00           .00
ILLINOIS COLLECTION SERV UNSECURED      NOT FILED         .00           .00
MED1 SOLUTIONS           UNSECURED      NOT FILED         .00           .00
MED1 SOLUTIONS           UNSECURED      NOT FILED         .00           .00
NATIONAL REVENUE CORP    UNSECURED      NOT FILED         .00           .00
NICOR GAS                UNSECURED      NOT FILED         .00           .00
RMI/MCSI                 UNSECURED         250.00         .00           .00
STATEWIDE CREDIT ASSN    UNSECURED      NOT FILED         .00           .00
UNIVERSITY OF PHOENIX    UNSECURED      NOT FILED         .00           .00
CRESCENT RECOVERY LLC    UNSECURED        8145.26         .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         309.89         .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY         .00                        .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                      424.60

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 424.60

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                  424.60
                    ---------------     ---------------
TOTALS                  424.60                 424.60
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 16956 ANDREA ELCOCK

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 07 B 16956 ANDREA ELCOCK